Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Timothy J. Auge** : | Case No. 12−22371−JAD |
| **Michelle L. Auge** : | Chapter: 13 |
| **fka Michelle Lynn McHenry** : | |
| *Debtor(s)* : | |
| : | |
| : | Related to Dkt. No. 105 |
| : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

  *AND NOW,* this **26th day of October, 2016,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

  (1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

  (2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

  (3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

  (4) The Clerk shall give notice to all creditors of this dismissal.

                   Jeffery A. Deller
                   United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                               United States Bankruptcy Court
                               Western District of Pennsylvania
In re:                                                                                  Case No. 12-22371-JAD
Timothy J. Auge                                                                         Chapter 13
Michelle L. Auge
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0315-2          User: jhel                   Page 1 of 2                  Date Rcvd: Oct 26, 2016
                              Form ID: 309                 Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2016.
db/jdb         +Timothy J. Auge,    Michelle L. Auge,    1436 Milan Avenue,    Pittsburgh, PA 15226-1949
cr              Citimortgage Inc.,,    P. O. Box 14609,    Irving, TX  75014
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +MidFirst Bank,    999 NW Grand Blvd., Ste. 100,    Oklahoma City, OK 73118-6051
13371777        AdvanceMeToday.com,    P.O. Box 1124-1007,    San Jose, Costa Rica 10102
13371781       +Childrens Hospital,    C/O Credit Management Co,    681 Anderson Dr,    Foster Plaza 6,
                 Pittsburgh, PA 15220-2766
13441917        CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
13508867       +City of Pittsburgh,    Dept of Finance/Bankruptcy,    414 Grant Street,
                 Pittsburgh PA 15219-2409
13371783       +Comcast Cable,    300 Corliss Street,    Pittsburgh, PA 15220-4864
13430887        ECMC,   P.O. Box 16408,    St. Paul, MN 55116-0408
13371786       +Equitable Gas,    P.O. Box 6766,    Pittsburgh, PA 15212-0766
13425507       +Equitable Gas Company,    c/o Donna Treemarchi,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
13371790        Global Vacation Network,    5320 College Boulevard,    Leawood, KS 66211-1621
13371791       +Graet Lakes Higher Education,    2401 International Lane,    Madison, WI 53704-3192
13371792       +Greater Pgh Police Federal Credit Union,    1338 Chartiers Ave,    Pittsburgh, PA 15220-4800
13371794       +Joan Mills,    209 Sylvain Avenue,    West Mifflin, PA 15122-3856
13371798       +Medical Bureau of Pittsburgh,    4227 Steubenville Pike,    Pittsburgh, PA 15205-9646
14196684       +MidFirst Bank,    Attn: Bankruptcy Department,    999 NW Grand Blvd., Ste. 100,
                 Oklahoma City, OK 73118-6051
13371799       +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
13872140       +Peoples Credit Company, LLC,    4950 NE 148th Ave.,    Portland, OR 97230-3450
13371801       +Pittsburgh Parking Court,    C/O Professional Account Management,    2040 W. Wusconsin Ave,
                 Milwaukee, WI 53233-2098
13371805       +UPMC Mercy Hospital,    2 Hot Metal Street, #386,    3rd Floor,    Pittsburgh, PA 15203-2348
13371804       +UPMC Mercy Hospital,    C/O Financial Systems,    605 Edison Road,    Suite K,
                 Mishawaka, IN 46545-8823
13371807       +Weltman Weinberg & Reis Co., L.P.A.,    1400 Koppers Bldg,    436 Seventh Avenue,
                 Pittsburgh, PA 15219-1842

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13420407        EDI: AIS.COM Oct 27 2016 01:08:00      American InfoSource LP as agent for,
                 InSolve Recovery, LLC,    PO Box 269093,    Oklahoma City, OK  73126-9093
13371778       +EDI: AFNIRECOVERY.COM Oct 27 2016 01:08:00      Anderson Financial,    404 Brock Drive,
                 P.O. Box 3097,    Bloomington, IL 61702-3097
13371780       +EDI: CBCSI.COM Oct 27 2016 01:08:00      CBCS,   P.O. Box 164089,    Columbus, OH 43216-4089
13371779       +E-mail/Text: bankruptcy@usecapital.com Oct 27 2016 01:29:10      Capital Accounts LLC,
                 PO Box 140065,    Nashville, TN 37214-0065
13383198       +E-mail/Text: bankruptcy@cavps.com Oct 27 2016 01:28:43      Cavalry Portfolio Services, LLC,
                 500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
13371782       +EDI: CIAC.COM Oct 27 2016 01:08:00      Citimortgage,    1000 Technology Drive,
                 O’Fallon, MO 63368-2240
13371784       +E-mail/Text: rb@concentricreceivables.com Oct 27 2016 01:27:57       Concentric Rec. Management,
                 1220 Blalock Road,    Suite 310,    Houston, TX 77055-6462
13379595       +EDI: TSYS2.COM Oct 27 2016 01:13:00      Department Stores National Bank/Macy’s,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
13371785       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Oct 27 2016 01:29:07       Duquesne LIght,
                 Payment Processing Center,    Pittsburgh, PA 15267-0001
13401912       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Oct 27 2016 01:29:07       Duquesne Light Company,
                 c/o Bernstein Law Firm,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13371788       +EDI: AMINFOFP.COM Oct 27 2016 01:13:00      First Premier Bank,    3820 N. Louise Ave,
                 Sioux Falls, SD 57107-0145
13371789       +EDI: MID8.COM Oct 27 2016 01:13:00      GE Money Bank,    C/O Midland Funding LLC,    8875 Aero Dr,
                 Suite 200,    San Diego, CA 92123-2255
13371793       +EDI: MID8.COM Oct 27 2016 01:13:00      HSBC Bank,    C/O Midland Funding LLC,    8875 Aero Dr.,
                 Suite 200,    San Diego, CA 92123-2255
13371795       +E-mail/Text: ebnsterling@weltman.com Oct 27 2016 01:27:57      Kay Jewelers,    375 Ghent Road,
                 Akron, OH 44333-4600
13371796       +EDI: RESURGENT.COM Oct 27 2016 01:13:00      LVNV Funding,    P.O. Box 10497,
                 Greenville, SC 29603-0497
13371797       +EDI: TSYS2.COM Oct 27 2016 01:13:00      Macy’s,    PO Box 8218,    Mason, OH 45040-8218
13371800        E-mail/Text: nod.referrals@fedphe.com Oct 27 2016 01:27:47      Phelan Hallinan & Schmeig, LLP,
                 Suite 1400,    One Penn Center at Suburban Station,    1617 JFK Blvd.,
                 Philadelphia, PA 19103-1814
13371802       +E-mail/Text: PFS.Analyst@stclair.org Oct 27 2016 01:28:55      St. Clair Hospital,
                 P.O. box 640831,    Pittsburgh, PA 15264-0831
13383510       +E-mail/Text: BKRMailOps@weltman.com Oct 27 2016 01:28:36      Sterling Inc. dba Kay Jewelers,
                 c/o Weltman, Weinberg & Reis, Co., LPA,    P.O. Box 93784,    Cleveland, OH 44101-5784
```

```
District/off: 0315-2          User: jhel              Page 2 of 2            Date Rcvd: Oct 26, 2016
                              Form ID: 309            Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13371803        +EDI: CHRYSLER.COM Oct 27 2016 01:13:00      TD Auto Finance,    PO Box 9223,
                 Farmington, MI 48333-9223
13381094         EDI: CHRYSLER.COM Oct 27 2016 01:13:00      TD Auto Finance LLC,    Trustee Payment Dept.,
                 P.O. Box 9001897,    Louisville, Kentucky 40290-1897
                                                                                             TOTAL: 21


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MidFirst Bank
cr              TD Auto Finance LLC f/k/a Chrysler Financial Servi
cr*             ECMC,    P.O. BOX 16408,    ST. PAUL, MN 55116-0408
13371787*      +Equitable Gas Company,    P.O. Box 6766,    Pittsburgh, PA 15212-0766
13375978*      +Midland Credit Management, Inc.,     2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
13371806      ##+UPMC Presby,    C/O NCO Financial Systems,    2550 E. Stone Dr,    Suite 250,
                 Kingsport, TN 37660-0801
                                                                                 TOTALS: 2, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2016                                          Signature:   /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2016 at the address(es) listed below:
```
              Christopher M. Frye    on behalf of Plaintiff Michelle L. Auge chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com
              Christopher M. Frye    on behalf of Joint Debtor Michelle L. Auge chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com
              Christopher M. Frye    on behalf of Debtor Timothy J. Auge chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com
              Christopher M. Frye    on behalf of Plaintiff Timothy J Auge chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com
              Joshua I. Goldman    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              Martin A. Mooney    on behalf of Creditor    TD Auto Finance LLC f/k/a Chrysler Financial Services
               Americas LLC d/b/a Chrysler Financial f/k/a DaimlerChrysler Financial Services Americs LLC d/b/a
               Chrysler Financial tshariff@schillerknapp.com,
               tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 10
```