**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TIMOTHY J. AUGE<br>MICHELLE L. AUGE<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　　Movant<br>　　　vs.<br>No Repondents. | Case No.:12-22371 JAD<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1. The case was filed on 05/04/2012 and confirmed on 06/14/2012. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | | |
|---|---|---|---|
| Total Receipts | | | 81,552.09 |
| Less Refunds to Debtor | | 1,890.00 | |
| TOTAL AMOUNT OF PLAN FUND | | | 79,662.09 |
| | | | |
| Administrative Fees | | | |
| 　Filing Fee | | 0.00 | |
| 　Notice Fee | | 0.00 | |
| 　Attorney Fee | | 3,181.00 | |
| 　Trustee Fee | | 2,763.84 | |
| 　Court Ordered Automotive Insurance | | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | | 5,944.84 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| 　TD AUTO FINANCE | 8,130.45 | 8,130.45 | 473.65 | 8,604.10 |
| 　　Acct: 4919 | | | | |
| 　MIDFIRST BANK SSB* | 0.00 | 39,080.73 | 0.00 | 39,080.73 |
| 　　Acct: 7907 | | | | |
| 　MIDFIRST BANK SSB* | 13,333.56 | 13,333.56 | 0.00 | 13,333.56 |
| 　　Acct: 7907 | | | | |
| | | | | 61,018.39 |
| **Priority** | | | | |
| 　CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　TIMOTHY J. AUGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　TIMOTHY J. AUGE | 1,260.00 | 1,260.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　TIMOTHY J. AUGE | 630.00 | 630.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　STEIDL & STEINBERG | 4,181.00 | 3,181.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |

| 12-22371 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | CITY OF PITTSBURGH (EIT)** | 254.58 | 0.00 | 0.00 | 0.00 |
| | Acct: 4779 | | | | |
| | EQUITABLE GAS CO (*) | 0.00 | 3,740.09 | 0.00 | 3,740.09 |
| | Acct: XXXXXXXXXX5563 | | | | |
| | PEOPLES CREDIT CO* | 7,500.00 | 6,359.33 | 2,599.44 | 8,958.77 |
| | Acct: | | | | |
| | | | | | 12,698.86 |
| Unsecured | | | | | |
| | DUQUESNE LIGHT COMPANY* | 781.53 | 0.00 | 0.00 | 0.00 |
| | Acct: 3003 | | | | |
| | ADVANCEMETODAY.COM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | ANDERSON FINANCIAL NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX4338 | | | | |
| | CAPITAL ACCOUNTS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2586 | | | | |
| | CBCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 559 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 327 | | | | |
| | COMCAST*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX2535 | | | | |
| | CONCENTRIC REC MANAGE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX1226 | | | | |
| | EQUITABLE GAS CO (*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX0018 | | | | |
| | EQUITABLE GAS CO (*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX4493 | | | | |
| | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX5751 | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 664.93 | 0.00 | 0.00 | 0.00 |
| | Acct: 1352 | | | | |
| | GLOBAL VACATION NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX9850 | | | | |
| | GREAT LAKES HIGHER ED CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX3388 | | | | |
| | GREATER PITTSBURGH POLICE FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX0009 | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 841.76 | 0.00 | 0.00 | 0.00 |
| | Acct: 2447 | | | | |
| | JOAN MILLS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | STERLING INC DBA KAY JEWELERS | 3,682.79 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX2206 | | | | |
| | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX2283 | | | | |
| | DEPARTMENT STORES NATIONAL BNK | 391.36 | 0.00 | 0.00 | 0.00 |
| | Acct: 9795 | | | | |
| | MEDICAL BUREAU OF PITTSBURGH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 947.88 | 0.00 | 0.00 | 0.00 |
| | Acct: 7271 | | | | |
| | PITTSBURGH PARKING COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX8726 | | | | |
| | ST CLAIR HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX5204 | | | | |
| | OSI COLLECTION SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |

| 12-22371 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|   UPMC BRADDOCK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX2034 | | | | |
|   NCO FINANCIAL SYSTEMS INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   CAVALRY PORTFOLIO SERVICES LLC(*) | 769.82 | 0.00 | 0.00 | 0.00 |
|     Acct: 8267 | | | | |
|   INSOLVE RECOVERY LLC BY AMERICAN II | 1,518.27 | 0.00 | 0.00 | 0.00 |
|     Acct: 9446 | | | | |
|   EQUITABLE GAS CO (*) | 187.03 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX4494 | | | | |
|   ECMC(*) | 22,384.13 | 0.00 | 0.00 | 0.00 |
|     Acct: 4532 | | | | |

\*\*\*N O N E\*\*\*

TOTAL PAID TO CREDITORS     73,717.25

TOTAL CLAIMED
PRIORITY     7,754.58
SECURED     21,464.01
UNSECURED     32.169.50

Date: 01/06/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com